UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTEN RUYLE

Plaintiff,

v.                                                         CASE NO: 8:23-cv-02059

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES
d/b/a University of South Florida

Defendant.
_____/

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

**X**         **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF A RELATED ACTION** upon each party no later than fourteen days after appearance of the party.

Dated: this 22nd day of September 2023.

>*/s/ Gary L. Printy, Jr., Esq.*
>**Gary L. Printy, Jr., Esq.**
>Florida Bar No. 41956
>**THE PRINTY LAW FIRM**
>5407 N. Florida Ave.
>Tampa, Florida 33604
>Telephone (813) 434-0649
>FAX (813) 423-6543
>garyjr@printylawfirm.com
>*Attorney for Plaintiff*