# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KRISTEN RUYLE

Plaintiff,

v.                                            CASE NO: 8:23-cv-02059

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES
d/b/a University of South Florida

Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, KRISTEN RUYLE, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), hereby dismisses this action *without* prejudice as to Defendant, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES d/b/a University of South Florida with each party to bear their own costs and attorney's fees.

Respectfully submitted by:

*/s/ Gary L. Printy, Jr., Esq.*
Gary L. Printy, Jr.
Florida Bar No. 41956
**THE PRINTY LAW FIRM**
5407 N Florida Avenue
Tampa, Florida 33604
Telephone (813) 434-0649
FAX (813) 423-6543
garyjr@printylawfirm.com

1

e-service@printylawfirm.com
*Attorney for Plaintiff*